

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**  **OFFICE OF THE CLERK**
**CLERK**  **(312) 435-5691**

November 2, 2006

USDC
Northern District of California (San Francisco)
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Rufino Santos


RE: McGovern et al vs AMR Corp. Et al
Our USDC No. 06cv3444
Your USDC No. 06cv1793 CRB
MDL Docket No.: 1793

Dear Clerk:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Judicial Panel on Multidistrict Litigation, through its Clerk on 10/25/2006. Enclosed is a certified copy of the MDL transfer order and docket sheet with transmittal letter and paper documents: Memorandum of law(59), Response(81), Transcripts 98-1 and 98-2, 100-1 and 100-2.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)


Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

    Sincerely yours,

    Michael W. Dobbins, Clerk


    By: G. Jones

Enclosures

New Case No. _____   Date _____